UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BL VENTURES d/b/a BL VENTURES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )      No. 3:20-CV-139-DCP ) |
| APEX MEDICAL, d/b/a TN PREMIER CARE, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

Now before the Court is Defendants' Rule 12.02(6) Motion to Dismiss or in the Alternative, Rule 56 Motion for Summary Judgment ("Motion to Dismiss") [Doc. 14].[1]  In response to the Motion to Dismiss [Doc. 17], Plaintiffs, in part, argued that the Motion to Dismiss is moot because Plaintiffs had filed an Amended Complaint [Doc. 16].  Defendants did not reply to Plaintiff's response. Accordingly, given the filing of the Amended Complaint, Defendants' Motion to Dismiss [**Doc. 14**] is **DENIED AS MOOT AND WITHOUT PREJUDICE.**  *See In re Refrigerant Compressors Antitrust Litig.,* 731 F.3d 586, 589 (6th Cir. 2013) ("An amended

---

[1] The Court presumes that Defendants' reference to Rule 12.02(b)(6) is a typographical error as Rule 12.02 does not exist in the Federal Rules of Civil Procedure.

complaint supersedes an earlier complaint for all purposes.") (citing *Pac. Bell Tel. Co. v. Linkline Commc'ns, Inc.,* 555 U.S. 438, 456 n. 4 (2009)).

        **IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge