UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BL VENTURES d/b/a BL VENTURES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  No. 3:20-CV-139-DCP ) |
| APEX MEDICAL, d/b/a TN PREMIER CARE, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

Now before the Court Plaintiffs' Motion for Expedited Briefing of Plaintiffs' Motion to Extend Certain Pretrial Deadlines in the Scheduling Order [Doc. 32]. Specifically, Plaintiffs filed a Motion to Amend Scheduling Order and Extending Certain Pre-trial Litigation Deadlines and Incorporated Memorandum and Law ("Motion to Amend Scheduling Order") on March 4, 2021. The instant Motion requests expedited briefing on the Motion to Amend Scheduling Order because under the default briefing schedule in Local Rule 7.1, by the time Motion to Amend Scheduling Order is fully briefed, Plaintiffs will already have needed to dedicate significant resources to their expert disclosures, which are currently due on April 5, 2021.

Given that the deadlines are quickly approaching, the Court **GRANTS** Plaintiffs' Motion for Expedited Briefing of Plaintiffs' Motion to Extend Certain Pretrial Deadlines in the Scheduling Order [**Doc. 32**]. Defendants **SHALL** respond to the Motion to Amend Scheduling Order on or

before **March 11, 2021**, and Plaintiffs **SHALL** file their reply on or before **March 16, 2021**. In their filings, the parties **SHALL** also address whether the extensions will jeopardize the current trial date, which is currently scheduled for October 19, 2021.[1]

    **IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

---

[1] For instance, Plaintiffs' Motion to Amend Scheduling Order requests an extension of the dispositive motion deadline and the deadline to file *Daubert* motions. Pursuant to the Local Rules, the requested extensions would result in dispositive motions becoming ripe on August 18, 2021, and *Daubert* motions becoming ripe on September 10, 2021. *See* E.D. Tenn. L.R. 7.1(a). The Court notes that the pretrial conference in the instant case is set for October 12, 2021.