UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BL VENTURES d/b/a BL VENTURES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-139-DCP ) |
| APEX MEDICAL, d/b/a TN PREMIER CARE, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

Now before the Court is Plaintiffs' Motion to Amend Scheduling Order and Extend Certain Pre-Trial Litigation Deadlines and Incorporated Memorandum in Support ("Motion to Amend Scheduling Order") [Doc. 31]. Specifically, Plaintiffs request several extensions of the deadlines in the Scheduling Order, arguing that Defendants have not timely responded to Plaintiffs' discovery requests and that without Defendants' response, Plaintiffs cannot identify witnesses that need to be deposed. Defendants respond [Doc. 36] that they do not object to Plaintiffs' requested extensions but later state in their response that they do not object to the extensions so long as the trial is not delayed. Plaintiffs reply [Doc. 37] that the requested extensions will not delay the trial, so long as Defendants participate in discovery in a timely fashion.

The Court is familiar with the parties' discovery disputes as noted in the Order [Doc. 39], directing the parties to continue the meet and confer process. Given the parties' discovery disputes

and Defendants' lack of objection, the Court finds Plaintiffs' request well taken, and the Motion to Amend Scheduling Order [**Doc. 31**] is **GRANTED**. The Court **ORDERS** as follows:

1. The identity of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before **June 4, 2021**.

2. The identity of any experts who may testify in rebuttal to any initial expert must be disclosed on **July 19, 2021.**

3. The parties shall file their dispositive motions on or before **July 21, 2021**.

4. All expert discovery, including expert depositions, must be completed by **July 30, 2021**.

5. The parties shall file *Daubert* motions on or before **August 20, 2021**.

As a final matter, and as previously noted, s*ee* [Doc. 33], the pretrial conference is set for October 12, 2021. If the parties file *Daubert* motions, the motions will not be completely ripe until September 10, 2021, leaving the Court approximately thirty (30) days to review the filings, often accompanied by voluminous exhibits, set a hearing, and issue a decision. Accordingly, while the Court has granted Plaintiffs' request, the parties are **ADMONISHED** that the above extensions may result in rulings close to the trial date or may jeopardize the trial date.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge