UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BL VENTURES d/b/a BL VENTURES, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:20-CV-139-DCP ) |
| APEX MEDICAL, d/b/a TN PREMIER CARE, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 21].

Now before the Court is Plaintiffs' Motion to Compel [Doc. 30] and Plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of Plaintiffs' Motion to Compel Responses to Discovery ("Motion for Leave") [Doc. 34]. On March 24, 2021, the Court ordered [Doc. 39] the parties to meet and confer in an attempt to resolve Plaintiffs' outstanding discovery requests without the Court's intervention. On April 2, 2021, the parties filed a Joint Status Report [Doc. 41], stating that Defendants have agreed to produce certain financial records and information and have agreed to amend other discovery responses by April 26, 2021. The parties have also agreed to a protective order, which they have submitted for the Court's review. [Doc. 41-1].

It appears to the Court that the parties have now resolved the issues raised in Plaintiffs' Motion to Compel [Doc. 30]. Accordingly, Plaintiffs' Motion to Compel [**Doc. 30**] and Plaintiffs' Motion for Leave [**Doc. 34**] are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge